UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CALIXTOAGUIRRE,           No. C 13-3760 SI (pr)

    Plaintiff,          **ORDER OF DISMISSAL**

    v.

DR. ZAHED AHMED; et al.,

    Defendants.

    This *pro se* civil action was filed on August 13, 2013. On that date, the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within twenty-eight days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. In light of the dismissal, plaintiff's request for injunctive relief is DENIED as moot. (Docket # 4.) The clerk shall close the file.

    IT IS SO ORDERED.

Dated: December 5, 2013

                                                           SUSAN ILLSTON
                                                           United States District Judge

United States District Court
For the Northern District of California